UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. MONIGAN,<br>Petitioner,<br>v.<br>S. SHERMAN, WARDEN,<br>Respondent. | Case No. 2:20-cv-00537-JVS (GJS)<br><br>**JUDGMENT** |

1     Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

    IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: January 31, 2020     _____
                                  JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE